**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN RUBEN TRUJILLO,<br><br>Defendant. | Case No. 5:20-mj-00143<br><br>**ORDER OF DETENTION** |

On July 20, 2021, Defendant John Ruben Trujillo made his initial appearance on the Complaint filed in this matter. Deputy Federal Public Defender Michael Brown II was appointed to represent Defendant.

Defendant submitted on the detention recommendation in the Pretrial Services Report.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will

reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:

> ☒ the appearance of the defendant as required.
>
> ☒ the safety of any person or the community.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the defendant;

(c) the history and characteristics of the defendant; and

(d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g)  The Court also considered all the evidence adduced at the hearing, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions as to risk of non-appearance on the allegations in the Complaint that in January 2020, Defendant escaped from the custody of the Attorney General.  The Court bases its conclusions as to dangerousness to the community on the information that in July 2020, after he had escaped, Defendant was convicted of possession of a controlled substance while armed and with taking a vehicle without the owner's consent.

It is therefore ORDERED that Defendant John Ruben Trujillo be detained until trial.  The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the

extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: July 20, 2021

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE